# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
|---|---|
| v. | CASE NUMBER: 06-mj-01150 |
| WAYNE WENDELL | Pro-se |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information. Count 2 was dismissed on motion of the government.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 18-18-428 § 18 USC § 13 | Possession of drug paraphernalia | 4/24/06 | 1 |

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

7/14/06
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

Patricia A. Coan, U.S. Magistrate Judge
Name & Title of Judicial Officer

20 July '06 nunc pro tunc
Date July 14, 06

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of
**No jail time .**

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | 10 | 100 | 0 |
| **TOTALS** | $10.00 | $100.00 | $0.00 |

Interest on the fine will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

ALL FINES AND FEES TO BE PAID BY AUGUST 31, 2006

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment, (2) fine principal.